**Alexander Otis MATTHEWS, Plaintiff-Appellant,**

**v.**

**RATIONALWIKI FOUNDATION, Defendant-Appellee.**

**No. 17-1434**

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: August 28, 2017

Alexander Otis Matthews, Appellant Pro Se.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Otis Matthews appeals the district court's order dismissing his complaint for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matthews v. Rational WIKI Found.*, No. 1:14-cv-00257-LO-TCB, 2017 WL 1129974 (E.D. Va. Mar. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*